**Jason A. MARR, Plaintiff–Appellee,**

v.

**Olivia M. SMITH, Defendant–Appellant.**

No. 07–1376.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 28, 2007.

Olivia M. Smith, Appellant Pro Se. Melinda Faith Seemar, Stallings & Bischoff, PC, Virginia Beach, Virginia, for Appellee.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olivia M. Smith appeals the district court's order remanding the civil action against her to state court for lack of subject matter jurisdiction. The district court's remand order is not reviewable. *See* 28 U.S.C. § 1447(d) (2000). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*